## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA  )
                     ) ss:
COUNTY OF TUOLUMNE   )

FILED
JUL - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I am an inmate in the County of Tuolumne, State of California; I am over the age of 18 years of age and I am [XXX] a party to this action; my address of incarceration is:

5150 O'Byrnes Ferry Road
Jamestown, CA 95327

CV 08    3208   MMC

I am familiar with this institution's practice for collection and processing of documents for mailing with the United States Postal Service. The documents are placed in a mail bag and thereafter deposited with the United States Postal Service on the following business day. On the date below, I served the document named below on the parties indicated by placing a true copy thereof enclosed in a sealed envelope for collection and mailing at the Sierra Conservation Center in Jamestown California following ordinary business practice, addressed as follows, and declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration is executed on  June 25, 2008          , at Jamestown, CA.

### DOCUMENT

Petition for Writ of Habeas Corpus, Declaration of Jesse Wagner, Memorandum of Point's and Authorities, and Exhibits.

### PARTIES SERVED

Attorney General of California, 1300 "I" Street, Suite 1101, Sacramento, CA
P.O. Box 944255, Sacramento, CA 94244-2550
...
Napa County District Attorney, 931 Parkway Mall, Napa, CA 94559
...

Signature: /s/          Name: Jesse Wagner