Plaintiff's Name: Jesse Wagner
CDC No: F54554
Address: 5150 O'Byrnes Ferry Road
Jamestown, CA 95372

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE WAGNER | ) | APPLICATION TO PROCEED |
| Plaintiff, | ) | IN FORMA PAUPERIS |
| vs. VS. | ) | BY A PRISONER |
| IVAN CLAY, et al. | ) | CASE NUMBER: |
| Defendant(s). | ) | CV08-3208 MMC(PR) |

I, Jesse Wagner, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  _x_ Yes   __ No  (If "no" DO NOT USE THIS FORM)

   If "yes" state the place of your incarceration. SCC (Jamestown, California)

· Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Are you currently employed (includes prison employment)?  _x_ Yes   __ No

   a. If the answer is "yes" state the amount of your pay. $0.32 per hour

   b. If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment:   __ Yes   _x_ No

   b. Rent payments, interest or dividends:   __ Yes   _x_ No

   c. Pensions, annuities or life insurance payments:   __ Yes   _x_ No

    d.    Disability or workers compensation payments:    ___ Yes    _x_ No

    e..    Gifts or inheritances:    ___ Yes    _x_ No

    f.    Any other sources:    ___ Yes    _x_ No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash (includes balance of checking or savings accounts)? ___ Yes _x_ No

    If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ___ Yes    _x_ No

    If "yes" describe the property and state its value: _____

6. Do you have any other assets?    ___ Yes    _xx_ No

    If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

    N/A

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

_____    _____
June 20, 2008    SIGNATURE OF APPLICANT
DATE

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _17.28_ on account to his/her credit at _Sierra Conservation Center_ (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ _3.18_. I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ _26.10_.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).

_____    Dan Rahm, Acctg Technician
7/10/08    SIGNATURE OF AUTHORIZED OFFICER
DATE

```
REPORT ID: TS3030 .701                CALIFORNIA DEPARTMENT OF CORRECTIONS              REPORT DATE: 07/10/08
                                        SIERRA CONSERVATION CENTER                      PAGE NO:     1
                                       INMATE TRUST ACCOUNTING SYSTEM
                                       INMATE TRUST ACCOUNT STATEMENT

                                   FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 10, 2008

ACCOUNT NUMBER : F54554                                        BED/CELL NUMBER: 4T1 000000113L
ACCOUNT NAME   : WAGNER, JESSE                                 ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                                          TRUST ACCOUNT ACTIVITY

   TRAN
DATE CODE  DESCRIPTION       COMMENT       CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE

01/01/2008  BEGINNING BALANCE                                                         0.00
01/07 *J054 INMATE PAYROL  1891/DEC07                     16.65                      16.65
02/05 *J054 INMATE PAYROL  2240JAN08                      13.95                      30.60
02/11 FC03  DRAW-FAC 3     2312TUOL#2                                  30.60          0.00
03/07 *U054 INMATE PAYROL  2576FEB08                      18.80                      18.80
03/10 FC03  DRAW-FAC 3     2598TUO2ND                                  18.46          0.34
03/19 W512  LEGAL POSTAGE  2722 2/14                                    0.34          0.00
04/04 *U054 INMATE PAYROL  2865MAR08                      21.60                      21.60
04/10 FC03  DRAW-FAC 3     2934TUL2ND                                  16.60          5.00
04/14 +D034 EFT DEPOSIT 0  2969 JPAY                      45.00                      50.00
04/23 W425  DONATION-A A   3044DONATE                                  42.60          7.40
04/25 H536  COPAY CHARGE   3052 3/27                                    5.00          2.40
05/05 *U054 INMATE PAYROL  3129 APR08                     20.45                      22.85
05/14 FC03  DRAW-FAC 3     3228TUO2ND                                  22.85          0.00
06/04 *U054 INMATE PAYROL  3415/MAY08                     20.16                      20.16
06/06 FC03  DRAW-FAC 3     3417 JUNE                                    4.03         16.13
06/09 *FC03 DRAW-FAC 3     3438TUO2ND                                  16.13          0.00
07/07 *U054 INMATE PAYROL  0029JUNE08                     21.60                      21.60
07/09 W211  FEDERAL FILIN  0061 JULY                                    4.32         17.28

                               * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/03/06                           CASE NUMBER: FUA020520
COUNTY CODE: SBD                                   FINE AMOUNT: $ 6,000.00

DATE    TRANS.  DESCRIPTION                             TRANS. AMT.     BALANCE
01/01/2008      BEGINNING BALANCE                                       5,607.25
01/07/08  VR54  RESTITUTION DEDUCTION-SUPPORT            18.50-         5,588.75
02/05/08  VR54  RESTITUTION DEDUCTION-SUPPORT            15.50-         5,573.25
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINT
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

[Handwritten notes in right margin:]
Jan '08 thru June '08
000
16.65+
0.00
2.40
0.00
0.00+

035
Avg. mo. Bal.
19.00>
6.=
3.16

036
Avg. mo. Deposit
16.65+
13.95+
18.80
0.45+
20.16+
21.60+
155.61÷
6 =
25.10≈

```
REPORT ID: TS3030 .701                    SIERRA CONSERVATION CENTER              REPORT DATE: 07/10/08
                                          INMATE TRUST ACCOUNT STATEMENT          PAGE NO:         2

                          FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 10, 2008

ACCT: F54554        ACCT NAME: WAGNER, JESSE                              ACCT TYPE: I

                              * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/03/06                                      CASE NUMBER: FVA020520
COUNTY CODE: SBD                                              FINE AMOUNT: $ 6,000.00

 DATE    TRANS.  DESCRIPTION                                  TRANS. AMT.        BALANCE
 ------  ------  -----------------------------------------    -----------    -----------
 03/07/08 VR54   RESTITUTION DEDUCTION-SUPPORT                     20.88-       5,552.37
 04/04/08 VR54   RESTITUTION DEDUCTION-SUPPORT                     24.00-       5,528.37
 04/14/08 BR34   REST DED-EFT DEPOSIT                              50.00-       5,478.37
 05/05/08 VR54   RESTITUTION DEDUCTION-SUPPORT                     22.72-       5,455.65
 06/06/08 VR54   RESTITUTION DEDUCTION-SUPPORT                     22.40-       5,433.25
 07/07/08 VR54   RESTITUTION DEDUCTION-SUPPORT                     24.00-       5,409.25

                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL          TOTAL         CURRENT         HOLDS       TRANSACTIONS
   BALANCE      DEPOSITS      WITHDRAWALS     BALANCE        BALANCE      TO BE POSTED
  ---------    ---------     ------------    ---------      ---------    -------------
     0.00        178.21          160.93         17.28          0.00           0.00

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                                17.28

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
         TRUST OFFICE