**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

August 5, 2008

United States District Court  
Central District of California  
4290 Edward J. Schwartz Federal Building  
880 Front Street  
San Diego, CA 92101-8900


RE: CV 08-03208 MMC  JESSE WAGNER-v-MATTHEW CATES

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☐ Certified copy of docket entries.

    ☐ Certified copy of Transferral Order.

    ☐ Original case file documents.

    ☒ Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.


        Sincerely,  
        RICHARD W. WIEKING, Clerk


        _/s/ Alfred Amistoso_

        by:  Alfred Amistoso  
        Case Systems Administrator


Enclosures  
Copies to counsel of record